UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHICK NG, )<br>)<br>          Plaintiff, )<br>)<br>          v. )<br>)<br>CENTER FOR CORRECTIONAL HEALTH )<br>& POLICY STUDIES, INC., *et al.*, )<br>)<br>          Defendants. )<br>) | Civil Action No. 07-0389 (ESH) |

**ORDER DIRECTING PLAINTIFF TO COMPLETE
SERVICE OF PROCESS**

Under Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the defendant with a summons and a complaint within 120 days after the filing of the complaint. To date, the Court has no record that the defendants have been served with a summons and complaint, and the 120-day time limit is about to expire.

Accordingly, it is this 30th day of May, hereby

**ORDERED** that on or before June 22, 2007, plaintiff must either: (1) file with the Court proof that the defendants have been served with a summons and complaint, or (2) provide the Court with a written explanation for why service of process has not been completed. If plaintiff fails to comply with this order, or if the Court determines that the plaintiff has not shown good cause for the failure to comply with Rule 4(m), this case will be dismissed without prejudice.

**SO ORDERED.**

                                                          /s/
                                ELLEN SEGAL HUVELLE
                                United States District Judge

DATE: May 30, 2007