AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 6/15/2007   9:28 P.M. |
| NAME OF SERVER (PRINT) Anthony Barnes | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

[XXX] Served personally upon the defendant. Place where served: Gwendolyn Sinclair -served personally 1102 Cavendish Drive Silver Spring, Md.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] ~~Returned unexecuted~~: blk female 5'1" 160 lbs age 60

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/15/2007
            Date

Signature of Server   Anthony Barnes

2610 University Blvd. Wheaton, MD
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.