#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PHICK NG | * | |
| 18 Dawn View Court | | |
| Silver Spring, Maryland 20904 | * | |
| | | |
| *Personally and on Behalf of* | * | |
| *All Others Similarly Situated* | | |
| | * | |
| Plaintiff, | | |
| v. | * | Civil Action No.: 1:07CV00389 |
| | | |
| CENTER FOR CORRECTIONAL HEALTH | * | |
| & POLICY STUDIES, INC. | | |
| 803 Florida Avenue | * | |
| Washington, D.C. 20001 | | |
| | * | |
| Serve: CT Corporation Systems | | |
| 1015 15th Street NW | * | |
| Suite 1000 | | |
| Washington, D.C. 20005 | * | |
| | | |
| and | * | |
| | | |
| VALI ZABEHEIAN | * | |
| Center Detention Facilities | | |
| 3rd floor Medical Services | * | |
| 1901 D Street, S.E. | | |
| Washington, D.C. 20003 | * | |
| | | |
| and | * | |
| | | |
| RONALD SHANSKY | * | |
| Center Detention Facilities | | |
| 3rd floor Medical Services | * | |
| 1901 D Street, S.E. | | |
| Washington, D.C. 20003 | * | |
| | | |
| and | * | |
| | | |
| GWENDOLYN SINCLAIR | * | |
| Center Detention Facilities | | |
| 3rd floor Medical Services | * | |
| 1901 D Street, S.E. | | |
| Washington, D.C. 20003 | * | |

|  |  |
|---|---|
| and | * |
| BENJAMIN GINYARD<br>Center Detention Facilities<br>3rd floor Medical Services<br>1901 D Street, S.E.<br>Washington, D.C. 20003 | *<br><br>*<br><br>* |
| and | * |
| JAMES COBB<br>803 Florida Avenue<br>Washington, D.C. 20001 | *<br><br>* |
| and | * |
| FELICIA LYNCH<br>803 Florida Avenue<br>Washington, D.C. 20001 | *<br><br>* |
| and | * |
| JACQUELINE BACCHAUS<br>803 Florida Avenue<br>Washington, D.C. 20001 | *<br><br>* |
| Defendants. | * |

## MOTION TO REISSUE SUMMONS FOR RONALD SHANSKY

COMES Now, Phick Ng ("Plaintiff" or "Mr. Ng") by and through his attorneys, Philip B. Zipin and the Zipin Law Firm, LLC, and hereby requests that the Court re-issue the Summons for Defendant, Ronald Shansky ("Shansky"). In support Plaintiff states as follows:

1. Plaintiff, personally and on behalf of all others similarly situated, filed a timely complaint with the Court on February 22, 2007 against the Center for Correctional Health & Policy Studies, Inc. ("CCHPS") as well as several persons who have been sued in their individual capacities. Plaintiff alleged, *inter alia,* violation of the Fair Labor Standards

Act ("FLSA"), violation of D.C. Minimum Wage Act Revision Act of 1992, and Breach of Contract.

2. This case involves the failure to pay overtime to Plaintiff for services rendered.

3. Pursuant to FRCP Rule 4, Plaintiff attempted to properly serve all Defendants to the Complaint.

4. Plaintiff's initial good faith attempts at service of the persons sued in their individual capacities were unsuccessful.

5. The Court issued an Order requesting that by June 22, 2007, the Court be advised of the status of efforts to serve defendants including whether or not Plaintiff wished to have the Summons re-issued.

6. Since the issuance of that Order, Plaintiff has served three individuals – Felicia Lynch ("Lynch"), James Cobb ("Cobb") and Gwendolyn Sinclair ("Sinclair"). Plaintiff's counsel has been contacted by Mr. Cobb who informed counsel that he was not the James Cobb named as a defendant in the complaint. Plaintiff believes the services of process on Lynch and Sinclair were successful and proper. The affidavits of service have been filed with the Court.

7. Plaintiff's counsel has also determined that Shansky is the individual most directly responsible for the management of operations at CCHPS, and most responsible for the failure to pay Dr. Ng the required overtime pay.

8. Thus, Plaintiff requests that the Court permit the re-issuance of the Summons for Ronald Shansky.

WHEREFORE, Plaintiff requests that the foregoing motion be granted.

Respectfully submitted,

_____/s/_____
Philip B. Zipin, Bar No.: 367362
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
301-587-9373
301-587-9397 (fax)
pzipin@zipinlaw.com
*Counsel for Plaintiff*

4

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PHICK NG | * | |
| *Personally and on Behalf of* *All Others Similarly Situated* | * | |
| | * | |
| Plaintiff, | | |
| v. | * | Civil Action No.: 1:07CV00389 |
| CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC., *et al.* | * | |
| | * | |
| Defendants. | | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## **ORDER**

Upon consideration of Plaintiff's Motion to Re-issue Summons for Ronald Shansky, it is this _____ day of _____, 2007, by the U.S. District Court for the District of Columbia,

**ORDERED**, that Plaintiff's Motion to Re-issue Summons for Ronald Shansky is hereby GRANTED; and it is further

**ORDERED** that the Clerk's office shall cause the summons for Ronald Shansky to be resolved and transmitted to counsel for Plaintiff.

_____
The Honorable Judge Ellen Segal Huvelle
U.S. District Court for the District of Columbia