UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHICK NG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0389 (ESH) |
| ) | |
| CENTER FOR CORRECTIONAL HEALTH ) | |
| & POLICY STUDIES, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Plaintiff filed the complaint in the above-captioned case on February 22, 2007. On May 30, 2007, having received no indication that any of the defendants had been served, the Court issued an Order directing plaintiff to either file proof of service or provide the Court with a written explanation as to why service of process had not been completed on or before June 22, 2007. (Dkt. # 2.) The Order advised plaintiff that failure to comply would result in dismissal of the case without prejudice.

Plaintiff thereafter filed proof of service for only two of the individual defendants - - Felicia Lynch and Gwendolyn Sinclair. (*See* Dkt. ## 3, 4.) Plaintiff also moved the Court for an order directing the Clerk's office to reissue the summons for a third individual defendant, Ronald Shansky (*see* Dkt. # 5), which the Court granted. However, plaintiff has neither filed proof of service nor provided the Court with an explanation as to why service has not been completed for any of the remaining defendants in the case. Accordingly, upon consideration of plaintiff's failure to cause process to be served upon these defendants within 120 days in accordance with

Federal Rule of Civil Procedure 4(m), and his failure to comply with this Court's Order of May 30, 2007 directing that proof of service be filed by June 22, 2007, it is hereby

**ORDERED** that pursuant to Federal Rule of Civil Procedure 41(b), plaintiff's complaint against the Center for Correctional Health & Policy Studies, Inc., Vali Zabeheian, Benjamin Ginyard, James Cobb, and Jacqueline Bacchaus is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution.

In addition, while proof of service of process for Felicia Lynch and Gwendolyn Sinclair was accomplished on June 22, 2007, plaintiff has done nothing further to prosecute this case as to these two defendants. Accordingly, it is

**FURTHER ORDERED** that by no later than July 25, 2007, plaintiff shall cause default to be entered as to Felicia Lynch and Gwendolyn Sinclair and apply for entry of judgment thereon or show cause why a motion for entry of default has not been filed. If plaintiff fails to do this, the complaint as to these two defendants will also be dismissed without prejudice for want of prosecution.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 11, 2007