IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHICK NG | * |
| *Personally and on Behalf of* | * |
| *All Others Similarly Situated* | * |
| Plaintiff, | * |
| v. | *   Civil Action No.: 1:07CV00389 |
| CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC., *et al.* | * |
| Defendants. | * |

**MOTION TO RECONSIDER**

COMES Now, Phick Ng ("Plaintiff" or "Mr. Ng") by and through his attorneys, Philip B. Zipin and the Zipin Law Firm, LLC, and hereby requests that the Court re-consider that portion of its Order of July 11, 2007 dismissing Plaintiff's complaint against Benjamin Ginyard ("Mr. Ginyard"). In support Plaintiff states the following:

1. Plaintiff, personally and on behalf of all others similarly situated, filed a timely complaint with the Court on February 22, 2007 against the Center for Correctional Health & Policy Studies, Inc. ("CCHPS") as well as several affiliated individuals. Plaintiff alleged, *inter alia,* violation of the Fair Labor Standards Act ("FLSA"), violation of D.C. Minimum Wage Act Revision Act of 1992, and Breach of Contract.

2. This case involves the failure to pay overtime wages to Plaintiff for services rendered.

3. Pursuant to FRCP Rule 4, Plaintiff attempted to properly and timely serve all Defendants.

4. Plaintiff's initial good faith attempts at service of the individual defendants were unsuccessful.

5. The Court issued an Order requiring that by June 22, 2007, the Court be advised of the

status of efforts to serve defendants, including whether or not Plaintiff wished to have the Summons re-issued. Plaintiff subsequently filed a Motion to Re-issue the Summons against Ronald Shansky only.

6. On July 11th, 2007, The Court then ordered the dismissal of Plaintiff's Complaint, without prejudice, against all Defendants except Felicia Lynch and Gwendolyn Sinclair, who had been served and with respect to whom affidavits of service have been filed.

7. Plaintiff learned that successful service was also made on Benjamin Ginyard on June 26, 2006 prior to the issuance of this Court's Order.

8. Subsequent to this Court's entry of its July 11th Order, a copy of the Affidavit of Service has been filed with the Court and is attached to this Motion.

9. Plaintiff only became aware of such successful service on July 12, 2007, when the Affidavit of Service was received by undersigned counsel.

10. It would be in the interest of fairness and justice to allow the claim to proceed against Mr. Ginyard. He would not be unfairly prejudiced by such action.

WHEREFORE, Plaintiff asks that the court reconsiders its Order dismissing Plaintiff's Complaint without prejudice against Benjamin Ginyard and reinstate Plaintiff's action with respect to Mr. Ginyard.

Respectfully submitted,

_____/s/_____
Philip B. Zipin, Bar No.: 367362
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
301-587-9373
301-587-9397 (fax)
pzipin@zipinlaw.com
*Counsel for Plaintiff*

## POINTS AND AUTHORITIES

1. Affidavit of Service

2. The Record herein.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PHICK NG | * | |
| *Personally and on Behalf of* *All Others Similarly Situated* | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:07CV00389 |
| CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC., *et al.* | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiff's Motion to Reconsider, it is this _____ day of

_____, 2007, by the U.S. District Court for the District of Columbia,

**ORDERED**, that Plaintiff's Motion to Reconsider is hereby GRANTED; and it is further

**ORDERED** that Defendant Benjamin Ginyard shall be included as a Defendant in this matter.

_____
The Honorable Judge Ellen Segal Huvelle
U.S. District Court for the District of Columbia

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 6/26/2007    9:12 PM |
| NAME OF SERVER (PRINT)  Anthony Barnes | TITLE | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:  8619 Flower Ave. Takoma Park, Maryland

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:  Benjamin Ginyard, Sr.-Father of Def.
blk male 6'0"  185 lbs  age 70

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/26/2007
Date

Signature of Server  Anthony Barnes

2610 University Blvd. Wheaton, Maryland
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.