IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHICK NG  *<br>  *<br>*Personally and on Behalf of* *<br>*All Others Similarly Situated* *<br>  *<br>    Plaintiff,  *<br>  v.  *  Civil Action No.: 1:07CV00389<br>  *<br>CENTER FOR CORRECTIONAL HEALTH  *<br>& POLICY STUDIES, INC., *et al.*  *<br>  *<br>    Defendants.  *<br>  * | |

**PLAINTIFFS' MOTION FOR ENTRY OF ORDER OF DEFAULT**

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 55, moves this Court to enter an order of default against Felicia Lynch, and Benjamin Ginyard. An Order of Default should be entered because Defendants have failed to timely respond to the Complaint, as follows. Summons was properly served upon Felicia Lynch on June 18, 2007, and Defendant Felicia Lynch has failed to answer or otherwise defend against the Complaint. Summons was properly served upon Benjamin Ginyard on June 26, 2007 and Defendant Benjamin Ginyard has failed to answer or otherwise defend against the Complaint. For this reason, as more fully set forth in the supporting Memorandum of Points and Authorities, Plaintiffs respectfully request that the Court enter an Order of Default against Defendant Felicia Lynch and in favor of Plaintiff, and against Defendant Benjamin Ginyard and in favor of Plaintiff, and that the Court set a hearing so that damages can be established and judgment can be entered.

Respectfully submitted,

                                                  _____/s/_____
Nancy Brewer Bar No. 473332
Philip B. Zipin, Bar No. 03932
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
301-587-9373
Email: nbrewer@zipinlaw.com
C*OUNSEL FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July, 2007, a copy of the foregoing Plaintiff's Motion for Entry of Order of Default, Memorandum of Point and Authorities in Support Thereof, and proposed Order of Default were served by first-class mail, postage prepaid, on:

Felicia Lynch
2005 Balsam Tree Place
Capitol Heights MD 20743

And

Benjamin Ginyard
8619 Flower Avenue
Takoma Park, MD 20912

                                                  _____/s/_____
Nancy Brewer