## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PHICK NG                                    *
                                            *
***Personally and on Behalf of***          *
***All Others Similarly Situated***         *
                                            *
       Plaintiff,             *
    v.                               *     Civil Action No.: 1:07CV00389
                                            *
CENTER FOR CORRECTIONAL HEALTH              *
& POLICY STUDIES, INC., *et al.*            *
                                            *
       Defendants.            *
                                            *

### PLAINTIFFS' MOTION FOR ENTRY OF ORDER OF DEFAULT

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 55, moves this Court to enter an order of default against Felicia Lynch, and Benjamin Ginyard. An Order of Default should be entered because Defendants have failed to timely respond to the Complaint, as follows.  Summons was properly served upon Felicia Lynch on June 18, 2007, and Defendant Felicia Lynch has failed to answer or otherwise defend against the Complaint.  Summons was properly served upon Benjamin Ginyard on June 26, 2007 and Defendant Benjamin Ginyard has failed to answer or otherwise defend against the Complaint. For this reason, as more fully set forth in the supporting Memorandum of Points and Authorities, Plaintiffs respectfully request that the Court enter an Order of Default against Defendant Felicia Lynch and in favor of Plaintiff, and against Defendant Benjamin Ginyard and in favor of Plaintiff,  and that the Court set a hearing so that damages can be established and judgment can be entered.

Respectfully submitted,

_____/s/_____
Nancy Brewer Bar No. 473332
Philip B. Zipin, Bar No. 03932
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
301-587-9373
Email: nbrewer@zipinlaw.com
*COUNSEL FOR PLAINTIFFS*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July, 2007, a copy of the foregoing
Plaintiff's Motion for Entry of Order of Default, Memorandum of Point and Authorities in
Support Thereof, and proposed Order of Default were served by first-class mail, postage prepaid,
on:

Felicia Lynch
2005  Balsam Tree Place
Capitol Heights MD 20743

And

Benjamin Ginyard
8619 Flower Avenue
Takoma Park, MD 20912

_____/s/_____

Nancy Brewer

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PHICK NG                                      *
                                              *
***Personally and on Behalf of***            *
***All Others Similarly Situated***           *
                                              *
                    Plaintiff,                *
                                              *    Civil Action No.: 1:07CV00389
          v.                                  *
                                              *
CENTER FOR CORRECTIONAL HEALTH                *
& POLICY STUDIES, INC., *et al.*              *
                                              *
                    Defendants.               *
                                              *

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT**

        Plaintiff, by and through undersigned counsel, submits the following Memorandum of

Points and Authorities in Support of his Motion for Entry of Default:

        1.      On about February 22, 2007, Plaintiff filed a Complaint [Dkt. No. 1] against

Defendants: Center for Correctional Health & Policy Studies, Inc., Vali Zabeheian, Ronald

Shansky, Gwendolyn Sinclair, Benjamin Ginyard, James Cobb, Felicia Lynch, and Jacqueline

Bacchaus to recover unpaid back wages, overtime pay, liquidated damages, reasonable attorney's

fees, and costs under Section 16(b) of the Federal Fair Labor Standards Act of 1938, as amended,

29 U.S.C. §§ 201 et seq., and for overtime pay under the District of Columbia Minimum Wage

Act Revision Act of 1992, D.C. Code §§32-1001 *et seq*., and for breach of contract, promissory

estoppel, quantum meruit and unjust enrichment.

        2.      On July 11, 2007, this Court dismissed the complaint without prejudice against

Defendants Center for Correctional Health & Policy Studies, Inc., Vali Zabeheian, Benjamin

Ginyard, James Cobb and Jacqueline Bacchaus. [Dkt. No. 6]

      3.      On July 16, 2007, however, because Defendant Benjamin Ginyard had actually

been properly served on June 25,  2007, this Court granted Plaintiff's request to reinstate this

case as to Benjamin Ginyard. See Return of Service and Minute Order [Dkt. No. 8]

      4.      On June 25, 2007, this Court also caused the summons for Ronald Shansky to be

reissued, which reissued summons has not yet been served.  [Dkt. No. 5]

      5.      Defendant Felicia Lynch was personally served with the Summons and Complaint

on June 18, 2007, at 2005  Balsam Tree Place, Capitol Heights MD.  See Return of Service [Dkt.

No. 3].

      6.      Pursuant to the Summons issued in this matter, Defendant Felicia Lynch's

response to the Complaint was due within twenty (20) days of service, or by July 9, 2007.

      7.      No Answer or other responsive pleading has been filed by Defendant Felicia

Lynch.

      8.      Defendant Benjamin Ginyard was served with the Summons and Complaint on

June 26, 2007, through personal delivery to an adult located at his residence, that adult being

Benjamin Ginyard's father, Benjamin Ginyard Sr.,  at their residence at 8619 Flower Avenue,

Takoma Park, MD. See Return of Service [Dkt. No. 8].

      9.      Pursuant to the Summons issued in this matter, Defendant Benjamin Ginyard's

response to the Complaint was due within twenty (20) days of service, or by July 16, 2007.

      10.     No Answer or other responsive pleading has been filed by Defendant Benjamin

Ginyard.

      11.     Fed R. Civ. P. 55(a) provides that the Court shall enter an Order of Default when

a defendant fails to plead or otherwise fails to defend against a Complaint as provided by the Federal Rules.

WHEREFORE, Plaintiffs respectfully requests that this Court enter an Order of Default against Defendants Felicia Lynch and Benjamin Ginyard and set a hearing so that damages can be established and judgment can be entered.

Respectfully submitted,

_____/s/_____
Nancy Brewer, Bar No. 473332
Philip B. Zipin, Bar No. 03932
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
301-587-9373
Email: nbrewer@zipinlaw.com
*COUNSEL FOR PLAINTIFFS*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July, 2007, a copy of the foregoing Plaintiff's Motion for Entry of Order of Default, Memorandum of Point and Authorities in Support Thereof, and proposed Order of Default were served by first-class mail, postage prepaid, on:

Felicia Lynch
2005  Balsam Tree Place
Capitol Heights MD 20743

And

Benjamin Ginyard
8619 Flower Avenue
Takoma Park, MD 20912

_____/s/_____
Nancy Brewer

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PHICK NG                                    *
                                            *
***Personally and on Behalf of***          *
***All Others Similarly Situated***         *
                                            *
            Plaintiff,                      *
      v.                                    *        Civil Action No.: 1:07CV00389
                                            *
CENTER FOR CORRECTIONAL HEALTH              *
& POLICY STUDIES, INC., *et al.*            *
                                            *
            Defendants.                     *
                                            *


**<u>ORDER OF DEFAULT</u>**

        Upon due consideration of Plaintiff's Motion for Entry of Order of Default, any

Opposition thereto, and any hearing thereon,  it is this _____ day of _____, 2007,

by the U.S. District Court for the District of Columbia,

        **ORDERED**, that Plaintiff's Motion for Entry of Order of Default is hereby GRANTED;

and it is further

        **ORDERED**, that this Order of Default is entered against Defendant  Felica Lynch;

and it is further

        **ORDERED,** that this Order of Default is entered against Defendant Benjamin Ginyard,

and it is further

        **ORDERED**, that a hearing shall be set so that damages can be established and judgment

can be entered.


                                    _____
                                    JUDGE, U.S. District Court for the
                                    District of Columbia

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 25th day of July, 2007, a copy of the foregoing Plaintiff's Motion for Entry of Order of Default, Memorandum of Point and Authorities in Support Thereof, and proposed Order of Default were served by first-class mail, postage prepaid, on:

Felicia Lynch
2005  Balsam Tree Place
Capitol Heights MD 20743

And

Benjamin Ginyard
8619 Flower Avenue
Takoma Park, MD 20912

_____/s/_____
Nancy Brewer