IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHICK NG** | : |
| | : |
| **Plaintiff** | : |
| | : |
| v. | : Case No.: 1:07CV00389 (ESH) |
| | : |
| **CENTER FOR CORRECTIONAL** | : |
| **HEALTH & POLICY STUDIES, INC., et al.** | : |
| | : |
| **Defendants** | : |

### DEFENDANT'S OPPOSITION TO MOTION FOR ENTRY OF DEFAULT

COMES NOW, Defendants, Felicia Lynch and Benjamin Ginyard by and through counsel J. Anthony Towns, Esquire entering a special and limited appearance to oppose Plaintiffs' Motion for Entry of Default. In addition, the parties request the dismissal of the complaint against these defendants based on plaintiff's failure to obtain timely service of process. Defendants submit the following memorandum of points and authorities in opposition to Plaintiff's motion.

### Points and Authorities

This matter is before the Court on Plaintiff, Phick NG Motion for Entry of Default. Plaintiff contends that he is entitled to an entry of default against Defendants, Felicia Lynch and Benjamin Ginyard due to their failure to file a timely response to the complaint. Plaintiff contends that service of process was obtained on Defendant, Felicia Lynch on June 18, 2007 at 2005 Balsam Tree Place, Capitol Heights, Maryland. In addition, plaintiff contends that service of process was obtained against Defendant, Benjamin Ginyard on June 26, 2007 by serving his father at 8619 Flower Avenue, Takoma Park, MD. .

The affidavits of service are incorrect and the complaint should be dismissed. Neither defendant has been served with the complaint. Specifically, defendant, Felicia Lynch was not served with complaint as alleged in the affidavit of service provided by plaintiff. Ms. Lynch does not live at 2005 Balsam Tree Place in Capitol Heights, Maryland. She is a resident of the District of Columbia and lives at 13 Quincy Place, N.W., Washington, D.C.

Moreover, plaintiff contends that he obtained service of process on Defendant, Benjamin Ginyard by serving Benjamin Ginyard, Sr., defendants' father, in Takoma Park, Maryland. However, this assertion is also incorrect. Mr. Ginyard lives in the District of Columbia at 3026 Pine View Court, N.E., Washington, D.C. Moreover, his father has been deceased since the 1970's. Therefore, plaintiff has failed to obtain timely service of process and the complaint should be dismissed against these defendants.

WHEREFORE, for the reasons stated herein Defendants, Felicia Lynch and Benjamin Ginyard respectfully requests that this Honorable Court deny Plaintiff's motion for default and dismiss the Complaint.

      Respectfully submitted,

By: ____"/s/J. Anthony Towns"_____
     J. Anthony Towns, Esquire #433435
     803 Florida Avenue, N.W.
     Washington, D.C. 20001
     (202) 265-2300

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing was electronically sent on this 31st day of July, 2007 to: Philip B. Zipin, Esquire 8403 Colesville Road, Suite 610, Silver Spring, Maryland 20910; Steven Kaplan, Esquire, 8403 Colesville Road, Suite 610, Silver Spring, Maryland 20910 and Nancy Brewer, Esquire, 8403 Colesville Road, Suite 610, Silver Spring, Maryland 20910.

                                              _____"/s/ J. Anthony Towns"_____
                                              J. Anthony Towns

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHICK NG** | : |
| | : |
| **Plaintiff** | : |
| | : |
| v. | : Case No.: 1:07CV00389 (ESH) |
| | : |
| **CENTER FOR CORRECTIONAL** | : |
| **HEALTH & POLICY STUDIES, INC., et al.** | : |
| | : |
| **Defendants** | : |

## ORDER

Upon consideration of the Motion for Entry of Default filed by plaintiff, Phick NG and the entire record herein, it is by the Court this _____ day of _____, 2007,

ORDERED that the Motion be and is hereby DENIED; and it is further

ORDERED that the Complaint is dismissed as to Defendants, Felicia Lynch and Benjamin Ginyard.

_____
Judge Ellen Segal Huvelle

COPIES TO:

J. Anthony Towns, Esquire
803 Florida Avenue, N.W.
Washington, D.C.  20001

Philip B. Zipin, Esquire
Steven Kaplan, Esquire
Nancy Brewer, Esquire
8403 Colesville Road
Suite 610
Silver Spring, Maryland  20910