Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

PHICK NG

    Plaintiff(s)

Civil Action No. 07-cv-00389-ESH

V.

CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC. et al

    Defendant(s)

RE: BENJAMIN GINYARD

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on June 26, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this  1st  day of  August , 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis

Deputy Clerk