Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PHICK NG

　　　　Plaintiff(s)

V.

CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC. et al

　　　　Defendant(s)

Civil Action No. 07-cv-00389-ESH

FELICIA LYNCH

RE:

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on June 18, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 1st day of August, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
　　　Deputy Clerk