IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHICK NG <br> 18 Dawn View Court <br> Silver Spring, Maryland 20904 <br><br> *Personally and on Behalf of* <br> *All Others Similarly Situated* <br><br>           Plaintiff, <br> v. <br><br> CENTER FOR CORRECTIONAL HEALTH <br> & POLICY STUDIES, INC., *et al.* <br><br>           Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> *    Civil Action No.: 1:07CV00389 <br> * <br> * <br> * <br> * <br> * <br> * |

## APPEARANCE OF NANCY BREWER

Attorney Nancy Brewer, of the Zipin Law Firm, LLC does hereby enter her appearance as counsel for Plaintiff in the above captioned matter.

                                        Repectfully submitted,

                                        _____/s/_____
                                        Philip B. Zipin, Bar No.: 367362
                                        Nancy Brewer, Bar No.: 473332
                                        The Zipin Law Firm, LLC
                                        8403 Colesville Road, Suite 610
                                        Silver Spring, Maryland 20910
                                        301-587-9373
                                        301-587-9397 (fax)
                                        pzipin@zipinlaw.com
                                        nbrewer@zipinlaw.com
                                        *Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __**30th**__ day of July, 2007 a true and correct copy of the foregoing Appearance of Nancy Brewer was served by first-class mail, postage prepaid, upon the following, addressed as follows:

CENTER FOR CORRECTIONAL HEALTH
& POLICY STUDIES, INC.
803 Florida Avenue
Washington, D.C. 20001, and

CCHPS by CT Corporation Systems
1015 15th Street NW
Suite 1000
Washington, D.C. 20005, and

RONALD SHANSKY
Center Detention Facilities
3rd floor Medical Services
1901 D Street, S.E.
Washington, D.C. 20003, and

GWENDOLYN SINCLAIR
J. Anthony Towns, Esq.
803 Florida Ave., NW
Washington DC 20001

BENJAMIN GINYARD
Center Detention Facilities
3rd floor Medical Services
1901 D Street, S.E.
Washington, D.C. 20003, and

FELICIA LYNCH
803 Florida Avenue
Washington, D.C. 20001


_____s_____
Nancy Brewer