**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PHICK NG** | : |
| | : |
|     **Plaintiff** | : |
| | : |
| v. | : Case No.: 1:07CV00389 (ESH) |
| | : |
| **CENTER FOR CORRECTIONAL** | : |
| **HEALTH & POLICY STUDIES, INC., et al.** | : |
| | : |
|     **Defendants** | : |

**MOTION TO SET-ASIDE DEFAULT ENTERED AGAINST DEFENDANT BENJAMIN GINYARD**

COMES NOW, Defendant, Benjamin Ginyard by and through counsel J. Anthony Towns, Esquire, entering a special and limited appearance and moves this Court, for an Order setting aside the default entered by the Clerks Office on August 1, 2007. Defendant, Benjamin Ginyard submits the following memorandum of points and authorities in support of this request.

**POINTS AND AUTHORITIES**

1.  On August 1, 2007 a default was entered against Defendant, Benjamin Ginyard. The basis for the default was Defendant's failure to file a response to the Complaint within the prescribed time-frame. However, defendant was not served with a copy of the complaint and summons.

2.  Plaintiff contends that this defendant was served with the complaint on June 26, 2007. However, service of process was made on the wrong person. The affidavit of service asserts that service of process was accomplished by serving Benjamin Ginyard, Sr., who is defendants' father at 8619 Flower Avenue, Takoma Park, MD.

3. However, this assertion by plaintiff is incorrect. Defendant, Benjamin Ginyard lives in the District of Columbia at 3026 Pine View Court, N.E., Washington, D.C. Moreover, his father has been deceased since the 1970's.

4. A default should be set-aside because the defendant was not served with the complaint and summons. Federal Rules of Civil Procedure R.60 (b)(6). There is no requirement for this motion to be accompanied by a verified answer when personal jurisdiction is being challenged.

5. Based on the fact that Defendant Benjamin Ginyard was not served with the complaint and summons, the default entered in this matter should be set aside. In addition, the Complaint should be dismissed because plaintiff has failed to obtain timely service of process.

WHEREFORE, for the reasons given, Defendant, Benjamin Ginyard, respectfully requests that this Court grant his Motion and enter an Order setting aside the default and then dismiss the Complaint against this defendant.

                                                  Respectfully submitted,

                              By:    ____"/s/J. Anthony Towns"_____
                                        J. Anthony Towns, Esquire #433435
                                        803 Florida Avenue, N.W.
                                        Washington, D.C.  20001
                                        (202) 265-2300

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing was electronically sent on this 3rd day of August, 2007 to: Philip B. Zipin, Esquire 8403 Colesville Road, Suite 610, Silver Spring, Maryland 20910; Steven Kaplan, Esquire, 8403 Colesville Road, Suite 610, Silver Spring, Maryland 20910 and Nancy Brewer, Esquire, 8403 Colesville Road, Suite 610, Silver Spring, Maryland 20910.

                                                _____"/s/ J. Anthony Towns"_____
                                                J. Anthony Towns

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHICK NG** | : |
| | : |
| **Plaintiff** | : |
| | : |
| v. | : Case No.: 1:07CV00389 (ESH) |
| | : |
| **CENTER FOR CORRECTIONAL** | : |
| **HEALTH & POLICY STUDIES, INC., et al.** | : |
| | : |
| **Defendants** | : |

## ORDER

Upon consideration of the Motion to Set Aside the Default filed by Defendant, Benjamin Ginyard and the entire record herein, it is by the Court this _____ day of _____, 2007,

ORDERED that the Motion be and is hereby GRANTED and the Default entered against Defendant, Benjamin Ginyard is hereby set aside; and it is further

ORDERED that the Complaint is dismissed as to Defendant, Benjamin Ginyard.

_____
Judge Ellen Segal Huvelle

COPIES TO:

J. Anthony Towns, Esquire
803 Florida Avenue, N.W.
Washington, D.C. 20001

Philip B. Zipin, Esquire
Steven Kaplan, Esquire
Nancy Brewer, Esquire
8403 Colesville Road
Suite 610
Silver Spring, Maryland 20910