IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHICK NG** | : |
| | : |
|     **Plaintiff** | : |
| | : |
| v. | : Case No.: 1:07CV00389 (ESH) |
| | : |
| **CENTER FOR CORRECTIONAL** | : |
| **HEALTH & POLICY STUDIES, INC., et al.** | : |
| | : |
|     **Defendants** | : |

## MOTION TO SET ASIDE DEFAULT ENTERED AGAINST DEFENDANT FELICIA LYNCH

COMES NOW, Defendant, Felicia Lynch by and through counsel J. Anthony Towns, Esquire, entering a special and limited appearance, moves this Court, for an Order setting aside the default entered by the Clerks Office on August 1, 2007. Defendant, Felicia Lynch submits the following memorandum of points and authorities in support of this request.

### POINTS AND AUTHORITIES

1. On August 1, 2007 a default was entered against Defendant, Felicia Lynch. The basis for the default was defendant's failure to file a response to the Complaint within the prescribed time-frame. However, defendant was not served with a copy of the complaint and summons.

2. Plaintiff contends that this defendant was served with the complaint on June 18, 2007. However, service of process was made on the wrong person. The affidavit of service asserts that service of process was accomplished by serving Defendant, Felicia Lynch personally at 2005 Balsam Tree Place, Capitol Heights, Maryland.

3.      However, this assertion by plaintiff is incorrect. Defendant, Felicia Lynch was not served with complaint as alleged in the affidavit of service provided by plaintiff.  Ms. Lynch does not live nor has she ever lived at 2005 Balsam Tree Place in Capitol Heights, Maryland.  She is a resident of the District of Columbia and lives at 13 Quincy Place, N.W., Washington, D.C.

4.     A default should be set-aside because the defendant was not served with the complaint and summons.  Federal Rules of Civil Procedure R.60 (b)(6).  There is no requirement for this motion to be accompanied by a verified answer when personal jurisdiction is being challenged.

5.      Based on the fact that Defendant, Felicia Lynch was not served with the complaint and summons, the default entered in this matter should be vacated.  In addition, the Complaint should be dismissed because plaintiff has failed to obtain timely service of process.

WHEREFORE, for the reasons given, Defendant, Felicia Lynch, respectfully requests that this Court grant her Motion and enter an Order setting aside the default and then dismiss the Complaint against this defendant.

Respectfully submitted,

By:     ____"/s/J. Anthony Towns"_____
        J. Anthony Towns, Esquire #433435
        803 Florida Avenue, N.W.
        Washington, D.C.  20001
        (202) 265-2300

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing was electronically sent on this 3rd day of August, 2007 to:  Philip B. Zipin, Esquire 8403 Colesville Road, Suite 610, Silver Spring, Maryland  20910; Steven Kaplan, Esquire, 8403 Colesville Road, Suite 610, Silver Spring, Maryland  20910 and Nancy Brewer, Esquire, 8403 Colesville Road, Suite 610, Silver Spring, Maryland  20910.

                                                        _____"/s/ J. Anthony Towns"_____
                                                          J. Anthony Towns

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PHICK NG                                           :
                                                   :
      Plaintiff                                 :
                                                   :
v.                                                 : Case No.: 1:07CV00389 (ESH)
                                                   :
CENTER FOR CORRECTIONAL                            :
HEALTH & POLICY STUDIES, INC., et al.              :
                                                   :
      Defendants                                :

## ORDER

Upon consideration of the Motion to Set Aside the Default filed by Defendant, Felicia Lynch and the entire record herein, it is by the Court this _____ day of _____, 2007,

ORDERED that the Motion be and is hereby GRANTED and the Default entered against Defendant, Felicia Lynch is hereby set aside; and it is further

ORDERED that the Complaint is dismissed as to Defendant, Felicia Lynch.


                                                 Judge Ellen Segal Huvelle


COPIES TO:

J. Anthony Towns, Esquire
803 Florida Avenue, N.W.
Washington, D.C.  20001

Philip B. Zipin, Esquire
Steven Kaplan, Esquire
Nancy Brewer, Esquire
8403 Colesville Road
Suite 610
Silver Spring, Maryland  20910