IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PHICK NG                                        :
                                                :
    Plaintiff                :
                                                :
v.                                              : Case No.: 1:07CV00389 (ESH)
                                                :
CENTER FOR CORRECTIONAL                         :
HEALTH & POLICY STUDIES, INC., et al.           :
                                                :
    Defendants               :

## AFFIDAVIT OF BENJAMIN GINYARD

I, Benjamin Ginyard, first being sworn, depose and say as follows:

1.     My name is Benjamin Ginyard and I am the person named in the complaint titled Phick Ng v. Center for Correctional Health and Policy Studies, Inc. Case No.: 1:07CV00389.

2.     I am submitting this Affidavit in support of my motion to vacate the default entered against me for failure to respond to the complaint.

3.	That on or about August 1, 2007, the Clerks Office entered a Default against me for failure to respond to the complaint within the prescribed time frame.

4.	Plaintiff contends that he served my father, Benjamin Ginyard, Sr., with a copy of the summons and complaint on June 26, 2007 at the following address 8619 Flower Avenue, Takoma Park, MD.

5.	I was not served with a copy of the summons and complaint as alleged by the Plaintiff. The affidavit filed by the process server is incorrect. I live in the District of Columbia at 3026 Pine View Court, N.E., Washington, D.C. and have never lived in Takoma Park, Maryland. Moreover, my father has been deceased since the 1970's and therefore could not accept service of process on my behalf.

FURTHER THE AFFIANT SAYETH NOT.

Dated: __08-08__, 2007

By: _____
Benjamin Ginyard

DISTRICT OF COLUMBIA SS:

Subscribed and sworn to before me this __8th__ day of __August__, 2007

_____
Notary Public

My Commission expires __4/14/2010__

Mary L. Sydnor
Notary Public, District of Columbia
My Commission Expires 4-14-2010