IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PHICK NG                                    :
                                            :
    **Plaintiff**                           :
                                            :
v.                                          : Case No.: 1:07CV00389 (ESH)
                                            :
CENTER FOR CORRECTIONAL                     :
HEALTH & POLICY STUDIES, INC., et al.       :
                                            :
    **Defendants**                          :

## AFFIDAVIT OF FELICIA LYNCH

I, Felicia Lynch, first being sworn, depose and say as follows:

1.    My name is Felicia Lynch and I am the person named in the complaint titled Phick Ng v. Center for Correctional Health and Policy Studies, Inc. Case No.: 1:07CV00389.

2.    I am submitting this Affidavit in support of my motion to vacate the default entered against me for failure to respond to the complaint.

3.  That on or about August 1, 2007, the Clerks Office entered a Default against me for failure to respond to the complaint within the prescribed time frame.

4.  Plaintiff contends that he served me personally with a copy of the summons and complaint on June 18, 2007 at the following address 2005 Balsam Tree Place in Capitol Heights, Maryland. She is a resident of the District of Columbia and lives at 13 Quincy Place, N.W., Washington, D.C.

5.  I was not served with a copy of the summons and complaint as alleged by the Plaintiff. The affidavit filed by the process server is incorrect. I live in the District of Columbia at 13 Quincy Place, N.W., Washington, D.C. and have never lived in Capitol Heights, Maryland.

FURTHER THE AFFIANT SAYETH NOT.

Dated: August 9th, 2007

By: _____
Felicia Lynch

DISTRICT OF COLUMBIA SS:

Subscribed and sworn to before me this 9th day of August, 2007

_____
Notary Public

My Commission expires 4/30/09