IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHICK NG * | |
| * | |
| *Personally and on Behalf of* * | |
| *All Others Similarly Situated* * | |
| * | |
| Plaintiff, * | |
| v. * | Civil Action No.: 1:07CV00389 |
| * | |
| CENTER FOR CORRECTIONAL HEALTH * | |
| & POLICY STUDIES, INC., *et al.* * | |
| * | |
| Defendants. * | |
| * | |

## **ORDER**

Plaintiff having sought leave of the Court to dismiss this action without prejudice, and the Court having considered this matter, and the Court being of the opinion that the relief requested should be had, it is this __13____ day of __September__ , 2007, by the U.S. District Court for the District of Columbia,

**ORDERED**, that this case is dismissed without prejudice.

_____
JUDGE, U.S. District Court for the
District of Columbia

Copies to:
Gwendolyn Sinclair, Benjamin Ginyard, Felicia Lynch

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PHICK NG | * | |
| | * | |
| *Personally and on Behalf of* | * | |
| *All Others Similarly Situated* | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:07CV00389 |
| | * | |
| CENTER FOR CORRECTIONAL HEALTH | * | |
| & POLICY STUDIES, INC., *et al.* | * | |
| | * | |
| Defendants. | * | |
| | * | |

## **ORDER**

Plaintiff having sought leave of the Court to dismiss this action without prejudice, and the Court having considered this matter, and the Court being of the opinion that the relief requested should be had, it is this __13__ day of __September__, 2007, by the U.S. District Court for the District of Columbia,

**ORDERED**, that this case is dismissed without prejudice.

_____
JUDGE, U.S. District Court for the
District of Columbia

Copies to:
Gwendolyn Sinclair, Benjamin Ginyard, Felicia Lynch

2