Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PHICK NG

_____
Plaintiff(s)

Civil Action No. 07-cv-00389-ESH

v.

CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC. et al

_____
Defendant(s)

RE: BENJAMIN GINYARD

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on June 26, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 1st day of August, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
Deputy Clerk



CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS