Received

Nancy Mayer Whittington, Clerk
U.S. District Court, District of Columbia

NIXIE        207   CC   1         08  08/11/07
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 20001280299        *2131-00720-01-40*

Following Hymel Inc
4005 Patrick
Capitol Heights

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PHICK NG

_____
      Plaintiff(s)

v.

CENTER FOR CORRECTIONAL HEALTH &
POLICY STUDIES, INC. et al

_____
      Defendant(s)

Civil Action No. 07-cv-00389-ESH

RE: FELICIA LYNCH

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on June 18, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 1st day of August, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
    Deputy Clerk